## Commonwealth v. Hardy, Appellant.

Submitted March 17, 1970. James J. McCabe, Jr., with him Duane, Morris & Heckscher, for appellant; Arthur R. Makadon, Assistant District Attorney, with him James D. Crawford, Deputy District Attorney, Richard A. Sprague, First Assistant District Attorney, and Arlen Specter, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Harris, Appellant.

Submitted March 9, 1970. William H. Saye, Assistant Public Defender, for appellant; Jerome T. Foerster, Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.